JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CAN dba BLUE CAN WATER, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURAVAI, LLC, a Utah limited liability company; SAGAN LIFE, LLC d/b/a SAGAN INDUSTRIES, a Utah limited liability company; COLDSTREAM OUTDOOR, L.P., a California limited partnership; RBM TAHOE, LLC, a California limited liability company; THE READY PROJECT, LLC, a Utah limited liability company; BE READY, INC., a California corporation; READY AMERICA, INC., a California corporation; MARCELO SURJOPOLOS, an individual; ALDEN RAY CABACUNGAN, an individual; RICHARD MUIR, an individual; DENNIS CLEMENTS, an individual; JEFF PRIMES, an individual; RICHARD BLISS, an individual; JAMESON LESLIE, an individual; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: CV 18-9005-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [88]** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and (a)(2), in accordance with the parties' Stipulation re Dismissal with Prejudice, IT IS HEREBY ORDERED that all of the claims asserted in the Complaint [Doc. # 1] and Counterclaim [Doc. # 68] in this action are dismissed, with prejudice. Each party shall bear its own costs and attorney's fees. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement. All scheduled dates and deadlines are VACATED. IT IS SO ORDERED.

DATED: March 2, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE